IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: CR 06 143S |
| | ) | |
| v. | ) | In violation of 21 U.S.C.§§ 841 (a)(1), (b)(1)(B), (b)(1)(C) and 846 |
| | ) | |
| MALVIN SEPULVEDA | ) | |

FILED
DEC 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown and continuing until on or about October 5, 2006, in the District of Rhode Island, the defendant, MALVIN SEPULVEDA and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about April 19, 2006, in the District of Rhode Island, the defendant, MALVIN SEPULVEDA did knowingly and intentionally distribute a mixture and substance containing a detectable amount

of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about April 26, 2006, in the District of Rhode Island, the defendant, MALVIN SEPULVEDA did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT IV

On or about May 3, 2006, in the District of Rhode Island, the defendant, MALVIN SEPULVEDA did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT V

On or about May 31, 2006, in the District of Rhode Island, the defendant, MALVIN SEPULVEDA did knowingly and intentionally

distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

n

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 12-6-06