ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Malvin Sepulveda

**COUNT I:** 21 USC § 846 - Knowingly, intentionally, and willfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance - 841(a)(1) and (b)(1)(B).

**PENALTIES:** 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years to life supervised release; $100 special assessment.

**COUNTS II THROUGH V:** 21 USC §§ 841(a)(1) and (b)(1)(C) - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

**PENALTIES FOR EACH COUNT:** 20 years imprisonment; $1,000,000 fine; supervised release up to life with a mandatory minimum term of 3 years; $100 mandatory special assessment.