12653352

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DEC 06 2006

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MALVIN SEPULVEDA

**WARRANT FOR ARREST**

CASE NUMBER: CR06-143S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MALVIN SEPULVEDA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE HEROIN; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(C)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

December 6, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Providence, RI by DEA | | |
| DATE RECEIVED 12/06/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER S Wyant |
| DATE OF ARREST 12/18/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.