AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 06-1435

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Malvin Sepulveda

1/5/07
*Date*

Thomas R DeSimone #2420
*Signature*

Thomas R. DeSimone
*Print Name*

735 Smith St
*Address*

Providence, RI 02908
*City* *State* *Zip Code*

401-454-1400
*Phone Number*