UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO. 06-143S |
| | : | |
| MALVIN SEPULVEDA | : | |

**MOTION FOR CONTINUANCE**

Now comes the Defendant, Melvin Sepulveda, in the above-entitled matter and does hereby request this Honorable Court to continue this matter. As grounds that Defendant's attorney entered his appearance on January 5, 2007 and was on a planned vacation the week of January 15. I received discovery and after discussing this matter with my client I indicated to the US Attorney's Office that there may be a plea in this matter. I have yet to receive the proposed plea agreement to review. Accordingly, the Counsel for the Defendant hereby requests a month continuance.

MALVIN SEPULVEDA,
By his Attorney,

Dated: January 23, 2007

Thomas R. DeSimone, Esquire #2420
DeSIMONE & DeSIMONE
735 Smith Street
Providence, RI 02908
Ph: 454-1400
Fax: 454-1402

**CERTIFICATION**

I hereby certify that a true copy of the Motion was mailed to the and Sandra R. Beckner, Esquire, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and the US District Court of Rhode Island, Attn: Doreen Baldinelli One Exchange Terrace, Federal Building & Courthouse, Providence, RI 02903 fax no: 752-7255 on the 23 day of January, 2007.