# DISTRICT JUDGE WILLIAM E. SMITH
## U.S. District Court for the District of Rhode Island
## February 20, 2007 Calendar Call

### CRIMINAL CASES

| | |
|---|---|
| CR06-061-S-DLM | USA v. Kent Awer |
| CR06-66-S-DLM | USA v. Richard Ribeiro |
| CR06-106-02-S-LDA | USA v. Khalid Mason |
| CR06-108-S-DLM | USA v. Joseph Antone |
| CR06-111-S-DLM | USA v. Manuel Ramon Vargas |
| CR06-116-S-LDA | USA v. John Kimbrough |
| CR06-130-01-S-LDA | USA v. Jeffra DeJesus |
| CR06-130-02-S-LDA | USA v. Alan DeJesus-Quinones |
| CR06-143-S-LDA | USA v. Melvin Sepulveda |
| CR07-003-S-DLM | USA v. Ricardo Pierre |
| CR07-005-01-S-LDA | USA v. Enoc Soto |
| CR07-005-02-S-LDA | USA v. Ricardo Mejia |

### CIVIL CASES

| | |
|---|---|
| CA04-459-S-LDA | Richard Moreau v. State of Rhode Island, et al |
| CA05-73-S-DLM | Anthony J. Ferreira v. City of E. Providence, et al |
| CA05-150-S-LDA | Gordon Noonan, et al v. New Wharf Tavern |

### NON JURY CASES

| | |
|---|---|
| CA06-113-S-DLM | First Horizon Home Corporation v. Donna Gilmore |

### NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on March 6, 2007 to be tried in the order listed. The calendar will be called on **February 20, 2007** at **9:00 a.m.** Juries will be empaneled on March 6, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date:

**Please notify Clerk's Office if any counsel of record have not been notified.**